UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE CAHOON ROSENBERG, | ) | CASE NO. 1:26-CV-00098 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARKWAYNE MULLIN, SECRETARY | ) | DECLARATION OF DEBRA |
| OF HOMELAND SECURITY, et al., | ) | SCHOCH |
| | ) | |
| Defendants. | ) | |

I, Debra Schoch, am employed by the United States Attorney's Office as a Supervisory Paralegal in the Civil Division and have personal knowledge of the following.

1. My duties include receiving and logging civil complaints and legal matters served upon the United States Attorney for the Northern District of Ohio.

2. The log includes the caption of the case, the case number, the date received, the manner of service, and other pertinent information.

3. According to the Log, on April 10, 2026, the United States Attorney's Office received the Complaint in the above captioned matter via FedEx. There was no summons attached to the Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of April, 2026

DEBRA SCHOCH

GOVERNMENT
EXHIBIT

A